**Order entered July 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00115-CV

### B/K SERIES INVESTORS, LLC, Appellant

### V.

### ECOM SERIES INVESTORS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17984**

## ORDER

Before the Court is appellant's July 8, 2022 unopposed second motion for extension of time to file its brief. Appellant seeks a twenty-one day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than July 29, 2022.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE